Michael McCollough
91-A-1385
Fishkill Corr. Fac.
271 Matteawan Road
P.O. Box 307
Beacon, NY 12508-0307



12 October 2020

**PERSONAL & CONFIDENTIAL**

Pro Se Intake Unit
Unites States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

In re: **McCollough v. Fields, et. al, 20 Civ. 5641**

Attn: Hon. Clerk:

I write accepting Honorable Cathy Seibel invitation seeking documentation in preparation filing motions in the above reference matter.

Proceeding **pro se**, an order of service was issued and by invitation the undersigned is requesting documentation in what may appear prolong litigation unavailable to pro se litigants. The documents requested are listed below:

> Discovery Motions Form

> Compel Compliance with Discovery Request Motion Form

> Request Conference Motion Form

> Interrogator Motion Form

> Subpoena Power Motion Form

Anticipating for and against why a judgment should not issue, the undersigned in keeping with United States District Judge Cathy Seible court rules, the undersigned respectfully request the foregoing documents be made available to expedite a fair and just process.

Letter to Hon. Clerk
12 October 2020
Pg. 1 of 2

In the hope that I hear from you shortly in regard to the undersigned request, and with great appreciation for your anticipated courtesy reply, I remain,

Very truly yours, RSVP

*M. M*

Mr. Michael McCollough

cc: Hon. Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**FISHKILL CORRECTIONAL FACILITY**
BOX 1245
BEACON, NEW YORK 12508
NAME: Michael McCollough   DIN: 91A1880

RECEIVED
OCT 20 2020
PRO SE OFFICE

Pro Se
United States District Court
Southern District of New York
U.S Courthouse
500 Pearl Street
New York, NY 10007-1312