UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

MCCOLLOUGH,

                Plaintiff,

– against –

FIELDS, *et al.*,

                Defendants.

-------------------------------------------------------------------------x

**ORDER**

No. 20-CV-5641 (CS)

Seibel, J.

At today's teleconference, Plaintiff made an oral motion to voluntarily dismiss all claims against all defendants without prejudice. Without objection from Defendants, I granted the motion. Accordingly, all claims against Defendants are DISMISSED without prejudice. Plaintiff will determine whether he has a basis to file a new case and will do so if appropriate. The Clerk of Court is respectfully directed to close the case and send a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: May 11, 2021
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.